# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALYSSA YARBOROUGH, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure of other appropriate |
| | ) | law.) |
| v. | ) | |
| AVIATION SERVICES GROUP INC., | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:22-CV-01303-GMB |
| | ) | |
| Defendant. | ) | |

**Alias Summons in a Civil Action**

To: (*Defendant's name and address*)

AVIATION SERVICES GROUP, INC.
C/O ROBERT KENT, or any agent
4243 East Lake Blvd
Birmingham, AL 35217

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **DEC 27 2022**

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203