# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALYSSA YARBOROUGH, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure of other appropriate |
| | ) | law.) |
| v. | ) | |
| AVIATION SERVICES GROUP INC., | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:22-CV-01303-GMB |
| | ) | |
| Defendant. | ) | |

### Alias Summons in a Civil Action

To: (*Defendant's name and address*)

AVIATION SERVICES GROUP, INC.
C/O ROBERT KENT, or any agent
4243 East Lake Blvd
Birmingham, AL 35217

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: DEC 27 2022

SHARON N. HARRIS, CLERK

By: *[signature: Shirley A. Williams]*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

Case No. 2:22-cv-01303-GMB

## RETURN OF SERVICE OF WRIT

I hereby certify and return that on the 28th day of December, 2022, I served this summons together with the complaint as follows:

☐     By personal service on defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

☒     By serving an officer, a managing or general agent, or any other agent authorized by appointment or law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
Rhonda Hunt, agent at business address 4243 Eastlake Blvd Birmingham AL 35217

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12-28-22            Jay & Page
Date                Authorized or Specially Appointed Process Server

Costs of Service: Service fee:            $ 50
         Expenses: 44.6 miles @ 62.5 cents    $ 27.88
                                             77.88