IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALYSSA YARBOROUGH, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.:2:22-cv-01303-GMB |
| | ) |
| v. | ) |
| | ) |
| AVIATION SERVICES GROUP, INC., | ) |
| | ) |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant Aviation Services Group, Inc. ("Defendant") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby certifies that Defendant does not have any parent or publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

*/s/Jason A. Stuckey*
Jason A. Stuckey (STU019)
*Attorney for Defendant*

1

**OF COUNSEL:**
FULMER, MAY & STUCKEY, LLC
300 Cahaba Park Circle, Ste. 100
Birmingham, Alabama 35242
Telephone:  (205) 991-6361
Email:	stuckey@fmslawfirm.com


/s/Kimberly W. Geisler
Kimberly W. Geisler
Margot Blaire Woolverton
*Attorneys for Aviation Services Group, Inc.*

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone:  (205) 251-2300
Facsimile:  (205) 251-6773
Email:	kgeisler@scottdukeslaw.com
	mwoolverton@scottdukeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17th, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to the following counsel of record:

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Email: Leslie@palmerlegalservices.com


/s/Kimberly W. Geisler
Of Counsel